UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-06229-WDK(FMOx) | Date | March 19, 2013 |
|---|---|---|---|
| Title | J & J Sports Productions Inc. v. Hitlon Inc. | | |

| Present: The Honorable | William D. Keller, United States District Court Judge |
|---|---|

| Patricia Gomez | Not Applicable | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

**Proceedings:**        (IN CHAMBERS) ORDER TO SHOW CAUSE

On April 16, 2012, the Court granted Defendant's Stipulation to Continue the Default Judgment Hearing from March 26, 2012 to April 30, 2012. The parties were ordered to file a status report regarding settlement negotiations. The deadline elapsed without compliance. On September 28, 2012, defendant filed a declaration reporting continued settlement negotiations between the parties, but no further action has been taken since that date. Within five (5) days of this order, defendant is to show cause in writing why the case should not advance through the default judgment process.

IT IS SO ORDERED.

|  | 0 | : | 0 |
|---|---|---|---|
| | Initials of Preparer | | PG |